UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

_____

| | |
|---|---|
| CLIFFORD LEE BENNETT, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | CV 20-55-GF-BMM |
| vs. | |
| C.C.C. – CORE CIVIC, et al., | |
| Defendants. | |

_____

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is DISMISSED.

Dated this 9th day of February, 2021.

TYLER P. GILMAN, CLERK

By: /s/ T. Gesh
T. Gesh, Deputy Clerk